**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **JAMIE BROWN,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | No.   **1:16-cv-440-GZS** |
| | ) | |
| **DEPARTMENT OF CORRECTIONS** | ) | |
| **EMPLOYEES/STAFF, et al.,** | ) | |
| | ) | |
| **Defendants** | ) | |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**


No objections having been filed to the Magistrate Judge's Recommended Decision (ECF

No. 13) filed November 14, 2016, the Recommended Decision is **AFFIRMED**.

It is hereby **ORDERED** that all claims against all Defendants are **DISMISSED** except

Plaintiff's official capacity claim for injunctive relief against Defendant Bueno based on Plaintiff's

assertion that he has been unlawfully assigned to the IMHU.

.

       _/s/ George Z. Singal_____
       United States District Judge

Dated this 16th day of December, 2016.