# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JAMIE BROWN, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) No. 1: 16-cv-440-GZS |
| | ) |
| DEPARTMENT OF CORRECTIONS EMPLOYEES/STAFF, et al., | ) |
| | ) |
| | ) |
| Defendants | ) |

# ORDER AFFIRMING THE
# RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (ECF No. 19) filed April 3, 2017, the Recommended Decision is **AFFIRMED**.

Accordingly, it is **ORDERED** that:

Defendants' Motion for Summary Judgment (ECF No. 17) is hereby **GRANTED**.

        /s/ George Z. Singal
        United States District Judge

Dated this 2nd day of May, 2017.